**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 17-70367-JAD |
| Edward D. Mazey, | : | |
|     Debtor | : | Chapter 13 |
| | : | |
| Edward D. Mazey, | : | Docket No. |
|     Movant | : | |
| v. | : | Related to Docket No. 42 |
| Specialized Loan Servicing, LLC, | : | |
|     Respondent | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
|     Additional Respondent | : | |

## ORDER

A *Loss Mitigation Order* dated July 25, 2017, was entered in the above matter at Document No. 26. On January 15, 2018, a **Motion to Extend the Loss Mitigation Period** was filed by the Debtor, Edward D. Mazey at Document No. 42.

AND NOW, this 26th day of January, 20 18, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including* March 1, 20 18.

FILED
1/26/18 2:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

jsf

_____
Jeffery A. Deller
Chief United States Bankruptcy Judge

PAWB Local Form 43 (04/14)                                                                                           Page 1 of 1

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
```

In re:                                                                    Case No. 17-70367-JAD
Edward D Mazey                                                            Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7           User: mgut                  Page 1 of 1                  Date Rcvd: Jan 26, 2018
                               Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 28, 2018.
db             +Edward D Mazey,    Rear 228 Arthur Street,    Johnstown, PA 15902-1722

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 26, 2018 at the address(es) listed below:
              James A. Prostko    on behalf of Creditor    Caliber Home Loans, Inc. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Jeremy J. Kobeski    on behalf of Creditor    Caliber Home Loans, Inc. pawb@fedphe.com
              Kenneth P. Seitz    on behalf of Debtor Edward D Mazey thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 6