# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | Bankruptcy No. 17-70367-JAD |
|     Edward D. Mazey, : | |
|                   Debtor : | Chapter 13 |
| : | |
|     Edward D. Mazey, : | |
|                   Movant : | |
|                 v. : | |
|     Specialized Loan Servicing, LLC, : | |
|                   Respondent : | |
| : | |
|     Ronda J. Winnecour, Esquire, : | |
|     Chapter 13 Trustee, : | |
|            Additional Respondent : | |

## CERTIFICATE OF SERVICE

I, Jessica L. Tighe, Legal Assistant for The Law Offices of Kenny P. Seitz, hereby certify I am over the age of eighteen years old and certify under penalty of perjury that I electronically served the Interim Mortgage Modification Order dated January 26, 2018, on the Chapter 13 Trustee at the following e-mail address: LMP@chapter13trusteewdpa.com.

Date: January 29, 2018

/s/ Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. 81666
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658
Tel: 814.536-7470
Fax: 814.536-9924