## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 17-70367-JAD |
|    Edward D. Mazey, | : | |
|                       Debtor | : | Chapter 13 |
| | : | |
| Edward D. Mazey, | : | |
|                       Movant | : | |
|                       v. | : | |
| Specialized Loan Servicing, LLC, | : | |
|                       Respondent | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
|                   Additional Respondent | : | |

## CERTIFICATE OF SERVICE

I, Jessica L. Tighe, Legal Assistant for The Law Offices of Kenny P. Seitz, hereby certify I am over the age of eighteen years old and certify under penalty of perjury that I served the Order Extending the Loss Mitigation Period dated January 26, 2018, on the parties at the addresses on the attached matrix by first class mail.

Date: <u>January 29, 2018</u>                 /s/ Kenneth P. Seitz, Esquire
                                                                            Kenneth P. Seitz, Esquire
                                                                            PA I.D. 81666
                                                                            Law Offices of Kenny P. Seitz
                                                                            P.O. Box 211
                                                                            Ligonier, PA 15658
                                                                            Tel: 814.536-7470
                                                                            Fax: 814.536-9924

## MATRIX OF PARTIES SERVED

Specialized Loan Servicing, LLC
Attn: Katina Hurst
14841 Dallas Parkway, Suite 300
Dallas, TX 75254

Jeremy J. Kobeski, Esquire
Phelan, Hallinan, Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
US Steel Tower Suite 3250
600 Grant Street
Pittsburgh, PA 15219

Edward D. Mazey
Rear 228 Arthur Street
Johnstown, PA 15902