**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | **Bankruptcy No. 17-70367-JAD** |
| **Edward D. Mazey,** | : | |
| Debtor | : | **Chapter 13** |
| **Edward D. Mazey,** | : | |
| Movant | : | **Docket No. 64** |
| v. | : | |
| **Specialized Loan Servicing, LLC,** | : | **Hearing Date & Time: July 27, 2018** |
| Respondent | : | **10:00 AM** |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| Additional Respondent | : | |

**CERTIFICATION OF NO OBJECTION REGARDING DEBTOR'S MOTION
TO APPROVE LOAN MODIFICATION AGREEMENT**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Debtor's Motion to Approve Loan Modification Agreement filed on May 25, 2018, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Debtor's Motion to Approve Loan Modification Agreement appears thereon. Pursuant to the Notice of Hearing, objections to the Debtor's Motion to Approve Loan Modification Agreement were to be filed and served no later than June 11, 2018.

It is hereby respectfully requested that the Order attached to the Debtor's Motion to Approve Loan Modification Agreement be entered by the Court.

Dated: <u>June 12, 2018</u>

/s/ Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. #81666
The Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658
(814) 536-7470