# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 17-70367-JAD |
| Edward D. Mazey, | : | |
|     Debtor | : | Chapter 13 |
| Edward D. Mazey, | : | |
|     Movant | : | Docket No. |
| v. | : | |
| Specialized Loan Servicing, LLC, | : | Related to Docket No. 61 |
|     Respondent | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
|     Additional Respondent | : | |

## ORDER

**AND NOW,** on this __2nd__ day of __July__, 2018, upon consideration of the within Motion to Approve Loan Modification Agreement, it is hereby ORDERED and DECREED as follows:

1. The Loan Modification Agreement between the Debtor and Specialized Loan Servicing, LLC is approved.

2. The terms of the modification are as follows:

    a. The maturity date for the loan will be May 1, 2058.

    b. The new principal balance will be Fifty-Five Thousand Six Hundred Thirty-Eight Dollars and eighty-four cents ($55,638.84).

    c. A portion of the total principal balance in the amount of Sixteen Thousand Six Hundred Ninety-One Dollars and sixty-five cents ($16,691.65) will be deferred until the end of the loan and will not incur interest. The deferred amount will be due as a balloon payment as of the maturity date.

    d. The monthly payment will be Two Hundred Eighty-Four Dollars and eighty-nine cents ($284.89). The monthly payment includes the principal and interest payment of One Hundred Sixty-Two Dollars and seventy-seven cents ($162.77) as well as the escrow payment of One Hundred Twenty-Two Dollars and twelve cents ($122.12). The interest rate will be 4.00%. This payment will be in place for four hundred eighty (480) months. The first payment will be due June 1, 2018.

3. An amended Chapter 13 Plan shall be filed within fifteen (15) days from the date of this Order incorporating the terms of the loan modification agreement.

_____ jsf
Jeffery A. Deller
Chief United States Bankruptcy Judge

FILED
7/2/18 3:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
```

In re:                                                          Case No. 17-70367-JAD
Edward D Mazey                                                  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: mgut     Page 1 of 1     Date Rcvd: Jul 02, 2018
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2018.
db             +Edward D Mazey,   Rear 228 Arthur Street,   Johnstown, PA 15902-1722

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2018                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2018 at the address(es) listed below:

         Alexandra Teresa Garcia    on behalf of Creditor    Specialized Loan Servicing LLC
          ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
         James Warmbrodt    on behalf of Creditor    Specialized Loan Servicing LLC bkgroup@kmllawgroup.com
         James A. Prostko    on behalf of Creditor    Caliber Home Loans, Inc. pawb@fedphe.com,
          james.prostko@phelanhallinan.com
         Jeremy J. Kobeski    on behalf of Creditor    Caliber Home Loans, Inc. pawb@fedphe.com
         Kenneth P. Seitz    on behalf of Debtor Edward D Mazey thedebterasers@aol.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
          srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                       TOTAL: 8