# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 17-70367-JAD |
| Edward D. Mazey, | : | |
| Debtor | : | Chapter 13 |
| | : | |

## CERTIFICATE OF SERVICE OF AMENDED
## CHAPTER 13 PLAN DATED JULY 10, 2018

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 17th day of July, 2018, a true and exact copy of the Amended Chapter 13 Plan dated July 10, 2018, on all of the creditors on the Court's Mailing Matrix by First-Class Mail, U.S. Postage paid.

Executed on: July 17, 2018

Respectfully submitted,
  /s/ Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. # 81666
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470
Attorney for Debtor

_____
*Parties served by the court electronically were not served by regular mail.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-7<br>Case 17-70367-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Johnstown<br>Tue Jun  6 14:49:31 EDT 2017 | Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 | 7<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 |
| Aargon Agency Inc<br>8668 Spring Mountain Rd<br>Las Vegas, NV 89117-4132 | Afni, Inc.<br>1310 MLK Drive<br>P.O. Box 3517<br>Bloomington, IL 61702-3517 | Afni, Inc.<br>Po Box 3097<br>Bloomington, IL 61702-3097 |
| At & T Wireless<br>P.O. Box 6416<br>Carol Stream, IL 60197-6416 | Caliber Home Loans, Inc.<br>13801 Wireless Way<br>Oklahoma City, OK 73134-2500 | Capital Management Services, LP<br>698 1/2 South Ogden Street<br>Buffalo, NY 14206-2317 |
| Chase<br>Cardmember Service<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 | Compression Management Services<br>P.O. Box 643992<br>Pittsburgh, PA 15264-3992 | Convergent Outsourcing, Inc.<br>10750 Hammerly Blvd<br>#200<br>Houston, TX 77043-2317 |
| Crd Prt Asso<br>13355 Noel Rd, 21st Floor  P O Box 80206<br>Dallas, TX 75240-6837 | DJ Orthopedics, LLC<br>1430 Decision Street<br>Vista, CA 92081-8553 | Dale Borough<br>810 Bedford Street<br>Johnstown, PA 15902-1753 |
| (p)DIRECTV LLC<br>ATTN BANKRUPTCIES<br>PO BOX 6550<br>GREENWOOD VILLAGE CO 80155-6550 | Dish Network<br>P.O. Box 4034<br>Woburn, MA 01888-4034 | Enhanced Recovery Co L<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 |
| Fingerhut<br>P.O. Box 1250<br>Saint Cloud, MN 56395-1250 | First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104-4868 | Franklin Johnstown FCU<br>310 Bloomfield Street<br>Johnstown, PA 15904-3202 |
| Full Service Network<br>600 Grant St Fl 30<br>Pittsburgh, PA 15219-2709 | Gettington Customer Service<br>6250 Ridgewood Road<br>Saint Cloud, MN 56303-0820 | Greater Johnstown Water Authority<br>P.O. Box 1407<br>Johnstown, PA 15907-1407 |
| Integral Recoveries In<br>750 W Hampden Ave Ste 50<br>Englewood, CO 80110-2165 | Johnstown Regional Sewage<br>P.O. Box 610<br>Johnstown, PA 15907-0610 | LHR, Inc.<br>35A Rust Lane<br>Boerne, TX 78006-8202 |
| Legacy Visa<br>First National Bank<br>P.O. Box 2677<br>Omaha, NE 68103-2677 | Legacy Visa Co.<br>c/o Millennium Financial Group, LLC<br>3000 United Founders Blvd. Ste. 219<br>Oklahoma City, OK 73112-4279 | Lvnv Funding Llc<br>Po Box 740281<br>Houston, TX 77274-0281 |

| | | |
|---|---|---|
| Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123-2255 | Millennium Financial G<br>5770 Nw Expressway Ste 1<br>Warr Acres, OK 73132-5238 | Monterey Financial Services, Inc.<br>4095 Avenida De La Plata<br>Oceanside, CA 92056-5802 |
| Northland Group Inc.<br>P.O. Box 390846<br>Minneapolis, MN 55439-0846 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Penelec<br>76 S. Main Street A-RPC<br>Akron, OH 44308-1812 |
| Penelec<br>P.O. Box 3687<br>Akron, OH 44309-3687 | Peoples Gas Bankruptcy Department<br>Attn: Dawn Lindner<br>375 North Shore Drive, Suite 600<br>Pittsburgh, PA 15212-5866 | Phelan Hallinan Diamond & Jones, LLP<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103-1814 |
| Pro Disposal, Inc.<br>1288 Washington Avenue<br>Summerhill, PA 15958-4129 | RGM & Associates<br>P.O. Box 726<br>Bethel Park, PA 15102-0726 | Receivables Management<br>14675 Martin Dr<br>Eden Prairie, MN 55344-2004 |
| Salute<br>P.O. Box 105555<br>Atlanta, GA 30348-5555 | Social Security Administration<br>300 Spring Garden Street<br>Philadelphia, PA 19123-2992 | The Bourassa Law Group, LLC<br>P.O. Box 28039<br>Las Vegas, NV 89126-2039 |
| The CBE Group, Inc.<br>1309 Technology Pkwy<br>Cedar Falls, IA 50613-6976 | Through The Country Do<br>1112 7th Ave<br>Monroe, WI 53566-1364 | Tribute<br>P.O. Box 105555<br>Atlanta, GA 30348-5555 |
| Urban Trust Bank<br>400 Colonial Center Parkway<br>Suite 150<br>Lake Mary, FL 32746-7684 | Verizon<br>P.O. Box 15026<br>Albany, NY 12212-5026 | Verizon Wireless<br>P.O. Box 25505<br>Lehigh Valley, PA 18002-5505 |
| Verizon Wireless/Great<br>1515 Woodfield Rd Ste140<br>Schaumburg, IL 60173-6046 | Edward D Mazey<br>Rear 228 Arthur Street<br>Johnstown, PA 15902-1722 | Kenneth P. Seitz<br>Law Offices of Kenny P. Seitz<br>P.O. Box 211<br>Ligonier, PA 15658-0211 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

https://ncrs.uscourts.gov/query/cmecf/index.adp    Page 3 of 3

DirecTV
P.O. Box 11732
Newark, NJ 07101


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address


(d)Franklin Johnstown Fcu          End of Label Matrix
310 Bloomfield St                  Mailable recipients   54
Johnstown, PA 15904-3202           Bypassed recipients    1
                                   Total                 55

DirecTV
P.O. Box 11732
Newark, NJ 07101