Form 149

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Edward D Mazey**
Debtor(s)

Bankruptcy Case No.: 17–70367–JAD
Issued Per Aug. 23, 2018 Proceeding
Chapter: 13
Docket No.: 70 – 60, 67, 68
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED**
**AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated July 10, 2018 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☒ A.  For the remainder of the Plan term, the periodic Plan payment is amended to be $393 as of September 2018. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.  The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C.  Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.  Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.  The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.   shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐ G.  The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☐ H.  Additional Terms:

*(2.)*  ***IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:***

**A.  Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.  Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.  Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.  Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.  Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)* **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any ***secured claim*** that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: August 27, 2018

Jeffery A. Deller
United States Bankruptcy Judge

cc: All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-70367-JAD
Edward D Mazey                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: jhel              Page 1 of 2              Date Rcvd: Aug 27, 2018
                              Form ID: 149            Total Noticed: 55

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2018.
```
db             +Edward D Mazey,    Rear 228 Arthur Street,    Johnstown, PA 15902-1722
cr             +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
14421216       +Aargon Agency Inc,    8668 Spring Mountain Rd,    Las Vegas, NV 89117-4132
14421222       +Chase,   Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
14421223       +Compression Management Services,    P.O. Box 643992,    Pittsburgh, PA 15264-3992
14421225       +Crd Prt Asso,    13355 Noel Rd, 21st Floor  P O Box 80206,    Dallas, TX 75240-6837
14421227      ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
                (address filed with court: DirecTV,      P.O. Box 11732,    Newark, NJ 07101)
14421229       +DJ Orthopedics, LLC,    1430 Decision Street,    Vista, CA 92081-8553
14421226       +Dale Borough,    810 Bedford Street,    Johnstown, PA 15902-1753
14421232       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
14421235       +Full Service Network,    600 Grant St Fl 30,    Pittsburgh, PA 15219-2709
14421237       +Greater Johnstown Water Authority,    P.O. Box 1407,    Johnstown, PA 15907-1407
14421238       +Integral Recoveries In,    750 W Hampden Ave Ste 50,    Englewood, CO 80110-2165
14421239      #+Johnstown Regional Sewage,    P.O. Box 610,    Johnstown, PA 15907-0610
14421241       +LHR, Inc.,    35A Rust Lane,    Boerne, TX 78006-8202
14421240       +Legacy Visa,    First National Bank,    P.O. Box 2677,    Omaha, NE 68103-2677
14635239       +Legacy Visa Co.,    c/o Millennium Financial Group, LLC,    3000 United Founders Blvd. Ste. 219,
                Oklahoma City, OK 73112-3904
14421245       +Monterey Financial Services, Inc.,    4095 Avenida De La Plata,    Oceanside, CA 92056-5802
14421246       +Northland Group Inc.,    P.O. Box 390846,    Minneapolis, MN 55439-0846
14703690       +Penelec,    c/o FirstEnergy,    Building #1, Suite 1-511,    101 Crawford's Corner,
                Holmdel, NJ 07733-1976
14421247       +Penelec,    P.O. Box 3687,    Akron, OH 44309-3687
14421248       +Penelec,    76 S. Main Street A-RPC,    Akron, OH 44308-1812
14421249       +Peoples Gas Bankruptcy Department,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
                Pittsburgh, PA 15212-5866
14661132       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
                Pittsburgh, PA 15233-1828
14421250       +Phelan Hallinan Diamond & Jones, LLP,    1617 JFK Boulevard, Suite 1400,
                Philadelphia, PA 19103-1814
14421251       +Pro Disposal, Inc.,    1288 Washington Avenue,    Summerhill, PA 15958-4129
14421253       +RGM & Associates,    P.O. Box 726,    Bethel Park, PA 15102-0726
14421254       +Salute,    P.O. Box 105555,    Atlanta, GA 30348-5555
14760437       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129-2386
14421256       +The Bourassa Law Group, LLC,    P.O. Box 28039,    Las Vegas, NV 89126-2039
14421259       +Tribute,    P.O. Box 105555,    Atlanta, GA 30348-5555
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14421217       +E-mail/Text: EBNProcessing@afni.com Aug 28 2018 02:10:39      Afni, Inc.,    1310 MLK Drive,
                P.O. Box 3517,    Bloomington, IL 61702-3517
14421218       +E-mail/Text: EBNProcessing@afni.com Aug 28 2018 02:10:40      Afni, Inc.,    Po Box 3097,
                Bloomington, IL 61702-3097
14421219       +E-mail/Text: g20956@att.com Aug 28 2018 02:10:55       At & T Wireless,    P.O. Box 6416,
                Carol Stream, IL 60197-6416
14421220       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Aug 28 2018 02:11:14       Caliber Home Loans, Inc.,
                13801 Wireless Way,    Oklahoma City, OK 73134-2500
14421221       +E-mail/Text: cms-bk@cms-collect.com Aug 28 2018 02:09:53       Capital Management Services, LP,
                698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
14421228        E-mail/Text: Bankruptcy.Consumer@dish.com Aug 28 2018 02:10:26       Dish Network,
                P.O. Box 4034,    Woburn, MA 01888
14421230       +E-mail/Text: bknotice@ercbpo.com Aug 28 2018 02:10:37       Enhanced Recovery Co L,
                8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14421231       +E-mail/Text: bnc-bluestem@quantum3group.com Aug 28 2018 02:10:57       Fingerhut,    P.O. Box 1250,
                Saint Cloud, MN 56395-1250
14421233       +E-mail/Text: msummits@franklinjohnstown.com Aug 28 2018 02:10:59       Franklin Johnstown FCU,
                310 Bloomfield Street,    Johnstown, PA 15904-3202
14421236       +E-mail/Text: bnc-bluestem@quantum3group.com Aug 28 2018 02:10:57
                Gettington Customer Service,    6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
14681860        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 28 2018 02:20:29
                LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
                Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14421242       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 28 2018 02:19:48      Lvnv Funding Llc,
                Po Box 740281,    Houston, TX 77274-0281
14421243       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 28 2018 02:10:27       Midland Funding,
                8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
14421244       +E-mail/Text: bankruptcy@mfgokc.com Aug 28 2018 02:09:40       Millennium Financial G,
                5770 Nw Expressway Ste 1,    Warr Acres, OK 73132-5238
14692764       +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 28 2018 02:10:44       Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14669306        E-mail/Text: bnc-quantum@quantum3group.com Aug 28 2018 02:10:09
                Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                Kirkland, WA  98083-0788
```

```
District/off: 0315-7              User: jhel              Page 2 of 2              Date Rcvd: Aug 27, 2018
                                  Form ID: 149            Total Noticed: 55
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14421255         E-mail/Text: philadelphia.bnc@ssa.gov Aug 28 2018 02:10:49     Social Security Administration,
                  300 Spring Garden Street,    Philadelphia, PA 19123-2992
14421257        +E-mail/Text: bankruptcynotices@cbecompanies.com Aug 28 2018 02:10:49      The CBE Group, Inc.,
                  1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
14421258        +E-mail/Text: bankruptcy@sccompanies.com Aug 28 2018 02:11:16      Through The Country Do,
                  1112 7th Ave,    Monroe, WI 53566-1364
14421260        +E-mail/Text: collections@axiombanking.com Aug 28 2018 02:09:43      Urban Trust Bank,
                  400 Colonial Center Parkway,    Suite 150,    Lake Mary, FL 32746-7684
14663526        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 28 2018 02:19:49       Verizon,
                  by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14421261        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 28 2018 02:09:39
                  Verizon,    P.O. Box 15026,    Albany, NY 12212-5026
14421262        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 28 2018 02:09:39
                  Verizon Wireless,    P.O. Box 25505,    Lehigh Valley, PA 18002-5505
14421263        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 28 2018 02:09:39
                  Verizon Wireless/Great,    1515 Woodfield Rd Ste140,    Schaumburg, IL 60173-6046
                                                                                              TOTAL: 24

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Caliber Home Loans, Inc.
cr              Specialized Loan Servicing LLC
cr*            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                  Pittsburgh, PA 15233-1828
14421234*      +Franklin Johnstown Fcu,    310 Bloomfield St,    Johnstown, PA 15904-3202
14421224      ##+Convergent Outsourcing, Inc.,    10750 Hammerly Blvd,    #200,    Houston, TX 77043-2317
14421252      ##+Receivables Management,    14675 Martin Dr,    Eden Prairie, MN 55344-2004
                                                                                           TOTALS: 2, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2018                                    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2018 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    Specialized Loan Servicing LLC
               ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
              James Warmbrodt     on behalf of Creditor    Specialized Loan Servicing LLC bkgroup@kmllawgroup.com
              James A. Prostko     on behalf of Creditor    Caliber Home Loans, Inc. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Jeremy J. Kobeski     on behalf of Creditor    Caliber Home Loans, Inc. pawb@fedphe.com
              Kenneth P. Seitz     on behalf of Debtor Edward D Mazey thedebterasers@aol.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                              TOTAL: 8
```