Form 410

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Edward D Mazey**
  Debtor(s)

Bankruptcy Case No.: 17–70367–JAD

Chapter: 13
Docket No.: 77 – 76
Concil. Conf.: September 19, 2019 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **August 5, 2019,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **August 20, 2019,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **September 19, 2019** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: June 21, 2019

Jeffery A. Deller
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689–4002

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                            Case No. 17-70367-JAD
Edward D Mazey                                                    Chapter 13
         Debtor            CERTIFICATE OF NOTICE
District/off: 0315-7          User: jfur                Page 1 of 3                Date Rcvd: Jun 21, 2019
                              Form ID: 410              Total Noticed: 55


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 23, 2019.
db             #+Edward D Mazey,    Rear 228 Arthur Street,    Johnstown, PA 15902-1722
cr              +Specialized Loan Servicing LLC,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
cr              +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
14421216        +Aargon Agency Inc,    8668 Spring Mountain Rd,    Las Vegas, NV 89117-4132
14421225       ++CREDIT PROTECTION ASSOCIATION LP,    PARKWAY CENTER V,    2500 DALLAS PARKWAY SUTIE 500,
                 PLANO TX 75093-4867
                (address filed with court: Crd Prt Asso,     13355 Noel Rd, 21st Floor  P O Box 80206,
                 Dallas, TX 75380)
14421222        +Chase,    Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
14421223        +Compression Management Services,    P.O. Box 643992,    Pittsburgh, PA 15264-3992
14421227       ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
                (address filed with court: DirecTV,     P.O. Box 11732,    Newark, NJ 07101)
14421229        +DJ Orthopedics, LLC,    1430 Decision Street,    Vista, CA 92081-8553
14421226        +Dale Borough,    810 Bedford Street,    Johnstown, PA 15902-1753
14421232        +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
14421237        +Greater Johnstown Water Authority,    P.O. Box 1407,    Johnstown, PA 15907-1407
14421238        +Integral Recoveries In,    750 W Hampden Ave Ste 50,    Englewood, CO 80110-2165
14421241        +LHR, Inc.,    35A Rust Lane,    Boerne, TX 78006-8202
14421240        +Legacy Visa,    First National Bank,    P.O. Box 2677,    Omaha, NE 68103-2677
14635239        +Legacy Visa Co.,    c/o Millennium Financial Group, LLC,    3000 United Founders Blvd. Ste. 219,
                 Oklahoma City, OK 73112-3904
14421245        +Monterey Financial Services, Inc.,    4095 Avenida De La Plata,    Oceanside, CA 92056-5802
14421246        +Northland Group Inc.,    P.O. Box 390846,    Minneapolis, MN 55439-0846
14703690        +Penelec,    c/o FirstEnergy,    Building #1, Suite 1-511,    101 Crawford's Corner,
                 Holmdel, NJ 07733-1976
14421248        +Penelec,    76 S. Main Street A-RPC,    Akron, OH 44308-1812
14421247        +Penelec,    P.O. Box 3687,    Akron, OH 44309-3687
14421249        +Peoples Gas Bankruptcy Department,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
14661132        +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14421250        +Phelan Hallinan Diamond & Jones, LLP,    1617 JFK Boulevard, Suite 1400,
                 Philadelphia, PA 19103-1814
14421251        +Pro Disposal, Inc.,    1288 Washington Avenue,    Summerhill, PA 15958-4129
14421253        +RGM & Associates,    P.O. Box 726,    Bethel Park, PA 15102-0726
14421254        +Salute,    P.O. Box 105555,    Atlanta, GA 30348-5555
14760437        +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
14421256        +The Bourassa Law Group, LLC,    P.O. Box 28039,    Las Vegas, NV 89126-2039
14421259        +Tribute,    P.O. Box 105555,    Atlanta, GA 30348-5555

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14421217        +E-mail/Text: EBNProcessing@afni.com Jun 22 2019 02:18:04      Afni, Inc.,    1310 MLK Drive,
                 P.O. Box 3517,    Bloomington, IL 61702-3517
14421218        +E-mail/Text: EBNProcessing@afni.com Jun 22 2019 02:18:05      Afni, Inc.,    Po Box 3097,
                 Bloomington, IL 61702-3097
14421219        +E-mail/Text: g20956@att.com Jun 22 2019 02:18:19      At & T Wireless,    P.O. Box 6416,
                 Carol Stream, IL 60197-6416
14421220        +E-mail/Text: ECMBKMail@Caliberhomeloans.com Jun 22 2019 02:18:38      Caliber Home Loans, Inc.,
                 13801 Wireless Way,    Oklahoma City, OK 73134-2500
14421221        +E-mail/Text: cms-bk@cms-collect.com Jun 22 2019 02:17:24      Capital Management Services, LP,
                 698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
14421228         E-mail/Text: Bankruptcy.Consumer@dish.com Jun 22 2019 02:17:51      Dish Network,
                 P.O. Box 4034,    Woburn, MA 01888
14421230        +E-mail/Text: bknotice@ercbpo.com Jun 22 2019 02:18:02      Enhanced Recovery Co L,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14421231        +E-mail/Text: bnc-bluestem@quantum3group.com Jun 22 2019 02:18:20      Fingerhut,    P.O. Box 1250,
                 Saint Cloud, MN 56395-1250
14421233        +E-mail/Text: msummits@franklinjohnstown.com Jun 22 2019 02:18:22      Franklin Johnstown FCU,
                 310 Bloomfield Street,    Johnstown, PA 15904-3202
14421235        +E-mail/Text: fsncustbrnotice@fullservicenetwork.com Jun 22 2019 02:17:11
                 Full Service Network,    600 Grant St Fl 30,    Pittsburgh, PA 15219-2709
14421236        +E-mail/Text: bnc-bluestem@quantum3group.com Jun 22 2019 02:18:20
                 Gettington Customer Service,    6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
14681860         E-mail/PDF: resurgentbknotifications@resurgent.com Jun 22 2019 02:32:40
                 LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
                 Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14421242        +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 22 2019 02:22:01      Lvnv Funding Llc,
                 Po Box 740281,    Houston, TX 77274-0281
14421243        +E-mail/Text: bankruptcydpt@mcmcg.com Jun 22 2019 02:17:52      Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
14421244        +E-mail/Text: bankruptcy@mfgokc.com Jun 22 2019 02:17:10      Millennium Financial G,
                 5770 Nw Expressway Ste 1,    Warr Acres, OK 73132-5238
```

```
District/off: 0315-7                User: jfur                    Page 2 of 3                       Date Rcvd: Jun 21, 2019
                                    Form ID: 410                  Total Noticed: 55
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14692764       +E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 22 2019 02:18:08      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14669306        E-mail/Text: bnc-quantum@quantum3group.com Jun 22 2019 02:17:34
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
14421255        E-mail/Text: philadelphia.bnc@ssa.gov Jun 22 2019 02:18:15      Social Security Administration,
                 300 Spring Garden Street,    Philadelphia, PA 19123-2992
14421257       +E-mail/Text: bankruptcynotices@cbecompanies.com Jun 22 2019 02:18:14      The CBE Group, Inc.,
                 1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
14421258       +E-mail/Text: bankruptcy@sccompanies.com Jun 22 2019 02:18:40      Through The Country Do,
                 1112 7th Ave,    Monroe, WI 53566-1364
14421260       +E-mail/Text: collections@axiombanking.com Jun 22 2019 02:17:10      Urban Trust Bank,
                 400 Colonial Center Parkway,    Suite 150,    Lake Mary, FL 32746-7684
14663526       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 22 2019 02:21:39      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14421261       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 22 2019 02:17:07
                 Verizon,    P.O. Box 15026,    Albany, NY 12212-5026
14421262       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 22 2019 02:17:08
                 Verizon Wireless,    P.O. Box 25505,    Lehigh Valley, PA 18002-5505
14421263       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 22 2019 02:17:08
                 Verizon Wireless/Great,    1515 Woodfield Rd Ste140,    Schaumburg, IL 60173-6046
                                                                                               TOTAL: 25

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Caliber Home Loans, Inc.
cr              Specialized Loan Servicing LLC
cr*            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14421234*      +Franklin Johnstown Fcu,    310 Bloomfield St,    Johnstown, PA 15904-3202
14421224      ##+Convergent Outsourcing, Inc.,    10750 Hammerly Blvd,    #200,    Houston, TX 77043-2317
14421239      ##+Johnstown Regional Sewage,    P.O. Box 610,    Johnstown, PA 15907-0610
14421252      ##+Receivables Management,    14675 Martin Dr,    Eden Prairie, MN 55344-2004
                                                                                               TOTALS: 2, * 2, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 21, 2019 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    Specialized Loan Servicing LLC
               ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
              James Warmbrodt    on behalf of Creditor    Specialized Loan Servicing LLC bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Caliber Home Loans, Inc. pawb@fedphe.com
              Jeremy J. Kobeski    on behalf of Creditor    Caliber Home Loans, Inc. pawb@fedphe.com
              Kenneth P. Seitz    on behalf of Debtor Edward D Mazey thedebterasers@aol.com
              Lisa Cancanon    on behalf of Creditor    Specialized Loan Servicing LLC lisac@w-legal.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
```

```
District/off: 0315-7          User: jfur                Page 3 of 3                  Date Rcvd: Jun 21, 2019
                              Form ID: 410              Total Noticed: 55
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

                                                                                                                                                                                                                               TOTAL: 9