**Form 309**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Edward D Mazey** | : | Case No. 17−70367−JAD |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Related to Dkt. No. 76 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

      *AND NOW,* this ***The 10th of September, 2019,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

      (1)   The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

      (2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

      (3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)   The Clerk shall give notice to all creditors of this dismissal.

      <u>Jeffery A. Deller</u>
      United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                               Case No. 17-70367-JAD
Edward D Mazey                                                       Chapter 13
         Debtor                       CERTIFICATE OF NOTICE
District/off: 0315-7          User: jhel                  Page 1 of 3                  Date Rcvd: Sep 10, 2019
                              Form ID: 309                Total Noticed: 57


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2019.
db            #+Edward D Mazey,    Rear 228 Arthur Street,    Johnstown, PA 15902-1722
cr             +Specialized Loan Servicing LLC,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
cr             +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
14421223       +Compression Management Services,    P.O. Box 643992,    Pittsburgh, PA 15264-3992
14421229       +DJ Orthopedics, LLC,    1430 Decision Street,    Vista, CA 92081-8553
14421226       +Dale Borough,    810 Bedford Street,    Johnstown, PA 15902-1753
14421237       +Greater Johnstown Water Authority,    P.O. Box 1407,    Johnstown, PA 15907-1407
14421238       +Integral Recoveries In,    750 W Hampden Ave Ste 50,    Englewood, CO 80110-2165
14421241      ++++LHR, INC.,   37 RUST LN,    BOERNE TX 78006-8288
               (address filed with court: LHR, Inc.,     35A Rust Lane,    Boerne, TX 78006)
14421240       +Legacy Visa,    First National Bank,    P.O. Box 2677,    Omaha, NE 68103-2677
14635239       +Legacy Visa Co.,    c/o Millennium Financial Group, LLC,    3000 United Founders Blvd. Ste. 219,
                 Oklahoma City, OK 73112-3904
14421245       +Monterey Financial Services, Inc.,    4095 Avenida De La Plata,    Oceanside, CA 92056-5802
14421246       +Northland Group Inc.,    P.O. Box 390846,    Minneapolis, MN 55439-0846
14421248       +Penelec,   76 S. Main Street A-RPC,    Akron, OH 44308-1812
14421247       +Penelec,   P.O. Box 3687,    Akron, OH 44309-3687
14703690       +Penelec,   c/o FirstEnergy,    Building #1, Suite 1-511,    101 Crawford's Corner,
                 Holmdel, NJ 07733-1976
14421249       +Peoples Gas Bankruptcy Department,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
14661132       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14421250       +Phelan Hallinan Diamond & Jones, LLP,    1617 JFK Boulevard, Suite 1400,
                 Philadelphia, PA 19103-1814
14421251       +Pro Disposal, Inc.,    1288 Washington Avenue,    Summerhill, PA 15958-4129
14421253       +RGM & Associates,    P.O. Box 726,    Bethel Park, PA 15102-0726
14421252       +Receivables Management,    14675 Martin Dr,    Eden Prairie, MN 55344-2004
14421254       +Salute,   P.O. Box 105555,    Atlanta, GA 30348-5555
14760437       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
14421256       +The Bourassa Law Group, LLC,    P.O. Box 28039,    Las Vegas, NV 89126-2039
14421259       +Tribute,   P.O. Box 105555,    Atlanta, GA 30348-5555

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14421216       +EDI: AARGON.COM Sep 11 2019 06:28:00      Aargon Agency Inc,    8668 Spring Mountain Rd,
                 Las Vegas, NV 89117-4132
14421217       +EDI: AFNIRECOVERY.COM Sep 11 2019 06:28:00       Afni, Inc.,    1310 MLK Drive,    P.O. Box 3517,
                 Bloomington, IL 61702-3517
14421218       +EDI: AFNIRECOVERY.COM Sep 11 2019 06:28:00       Afni, Inc.,    Po Box 3097,
                 Bloomington, IL 61702-3097
14421219       +EDI: CINGMIDLAND.COM Sep 11 2019 06:28:00       At & T Wireless,    P.O. Box 6416,
                 Carol Stream, IL 60197-6416
14421225       +EDI: CREDPROT.COM Sep 11 2019 06:28:00      Crd Prt Asso,
                 13355 Noel Rd, 21st Floor  P O Box 80206,    Dallas, TX 75380
14421220       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Sep 11 2019 02:30:12        Caliber Home Loans, Inc.,
                 13801 Wireless Way,    Oklahoma City, OK 73134-2500
14421221       +E-mail/Text: cms-bk@cms-collect.com Sep 11 2019 02:29:35        Capital Management Services, LP,
                 698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
14421222       +EDI: CHASE.COM Sep 11 2019 06:28:00      Chase,    Cardmember Service,    P.O. Box 15153,
                 Wilmington, DE 19886-5153
14421224       +EDI: CONVERGENT.COM Sep 11 2019 06:28:00       Convergent Outsourcing, Inc.,
                 10750 Hammerly Blvd,    #200,   Houston, TX 77043-2317
14421227        EDI: DIRECTV.COM Sep 11 2019 06:28:00      DirecTV,    P.O. Box 11732,    Newark, NJ 07101
14421228        EDI: ESSL.COM Sep 11 2019 06:28:00      Dish Network,    P.O. Box 4034,    Woburn, MA 01888
14421230       +E-mail/Text: bknotice@ercbpo.com Sep 11 2019 02:29:51        Enhanced Recovery Co L,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14421231       +EDI: BLUESTEM Sep 11 2019 06:28:00      Fingerhut,    P.O. Box 1250,    Saint Cloud, MN 56395-1250
14421232       +EDI: AMINFOFP.COM Sep 11 2019 06:28:00      First Premier Bank,    601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
14421233       +E-mail/Text: msummits@franklinjohnstown.com Sep 11 2019 02:30:02        Franklin Johnstown FCU,
                 310 Bloomfield Street,    Johnstown, PA 15904-3202
14421235       +E-mail/Text: fsncustbrnotice@fullservicenetwork.com Sep 11 2019 02:29:30
                 Full Service Network,    600 Grant St Fl 30,    Pittsburgh, PA 15219-2709
14421236       +EDI: BLUESTEM Sep 11 2019 06:28:00      Gettington Customer Service,    6250 Ridgewood Road,
                 Saint Cloud, MN 56303-0820
14681860        EDI: RESURGENT.COM Sep 11 2019 06:28:00       LVNV Funding, LLC its successors and assigns as,
                 assignee of North Star Capital,    Acquisition LLC,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
14421242       +EDI: RESURGENT.COM Sep 11 2019 06:28:00       Lvnv Funding Llc,    Po Box 740281,
                 Houston, TX 77274-0281
14421243       +EDI: MID8.COM Sep 11 2019 06:28:00      Midland Funding,    8875 Aero Dr Ste 200,
                 San Diego, CA 92123-2255
```

```
District/off: 0315-7           User: jhel                  Page 2 of 3                   Date Rcvd: Sep 10, 2019
                               Form ID: 309                Total Noticed: 57
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
14421244       +E-mail/Text: bankruptcy@mfgokc.com Sep 11 2019 02:29:25      Millennium Financial G,
                 5770 Nw Expressway Ste 1,    Warr Acres, OK 73132-5238
14692764       +EDI: JEFFERSONCAP.COM Sep 11 2019 06:28:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14669306        EDI: Q3G.COM Sep 11 2019 06:28:00      Quantum3 Group LLC as agent for,    Sadino Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
14421255        E-mail/Text: philadelphia.bnc@ssa.gov Sep 11 2019 02:29:58      Social Security Administration,
                 300 Spring Garden Street,    Philadelphia, PA 19123-2992
14421257       +E-mail/Text: bankruptcynotices@cbecompanies.com Sep 11 2019 02:29:57      The CBE Group, Inc.,
                 1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
14421258       +EDI: CBS7AVE Sep 11 2019 06:28:00      Through The Country Do,    1112 7th Ave,
                 Monroe, WI 53566-1364
14421260       +E-mail/Text: collections@axiombanking.com Sep 11 2019 02:29:29      Urban Trust Bank,
                 400 Colonial Center Parkway,    Suite 150,   Lake Mary, FL 32746-7684
14663526       +EDI: AIS.COM Sep 11 2019 06:28:00      Verizon,   by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14421261       +EDI: VERIZONCOMB.COM Sep 11 2019 06:28:00      Verizon,   P.O. Box 15026,
                 Albany, NY 12212-5026
14421262       +EDI: VERIZONCOMB.COM Sep 11 2019 06:28:00      Verizon Wireless,   P.O. Box 25505,
                 Lehigh Valley, PA 18002-5505
14421263       +EDI: VERIZONCOMB.COM Sep 11 2019 06:28:00      Verizon Wireless/Great,
                 1515 Woodfield Rd Ste140,    Schaumburg, IL 60173-6046
                                                                                              TOTAL: 31

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Caliber Home Loans, Inc.
cr              Specialized Loan Servicing LLC
cr*            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
cr*            +Specialized Loan Servicing LLC,    14841 Dallas Pkwy Suite 425,    Dallas, TX 75254-8067
14421234*      +Franklin Johnstown Fcu,    310 Bloomfield St,   Johnstown, PA 15904-3202
14421239       ##+Johnstown Regional Sewage,    P.O. Box 610,   Johnstown, PA 15907-0610
                                                                                TOTALS: 2, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2019 at the address(es) listed below:
```
              Alexandra Teresa Garcia    on behalf of Creditor   Specialized Loan Servicing LLC
               ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
              James Warmbrodt    on behalf of Creditor    Specialized Loan Servicing LLC bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Caliber Home Loans, Inc. pawb@fedphe.com
              Jeremy J. Kobeski    on behalf of Creditor    Caliber Home Loans, Inc. pawb@fedphe.com
              Kenneth P. Seitz    on behalf of Debtor Edward D Mazey thedebterasers@aol.com
              Lisa Cancanon    on behalf of Creditor    Specialized Loan Servicing LLC lisac@w-legal.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
```

```
District/off: 0315-7           User: jhel              Page 3 of 3             Date Rcvd: Sep 10, 2019
                               Form ID: 309            Total Noticed: 57
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

                                                                                                                          TOTAL: 9