**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

EDWARD D MAZEY

Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Respondents.

Case No.:17-70367 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/11/2017 and confirmed on 07/25/2017. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 7,365.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 7,365.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 1,571.55 | |
|    Trustee Fee | 323.82 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,895.37 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| SPECIALIZED LOAN SERVICING LLC<br>Acct: 4825 | 0.00 | 0.00 | 0.00 | 0.00 |
| SPECIALIZED LOAN SERVICING LLC<br>Acct: 4825 | 2,526.41 | 2,526.41 | 0.00 | 2,526.41 |
| SPECIALIZED LOAN SERVICING LLC<br>Acct: 4825 | 0.00 | 2,422.38 | 0.00 | 2,422.38 |
| SPECIALIZED LOAN SERVICING LLC<br>Acct: 4825 | 0.00 | 0.00 | 0.00 | 0.00 |
| FRANKLIN JOHNSTOWN FCU*<br>Acct: 0440 | 1,043.00 | 435.29 | 85.55 | 520.84 |
| | | | | 5,469.63 |
| **Priority** | | | | |
| KENNETH P SEITZ ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| EDWARD D MAZEY<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| LAW OFFICES OF KENNETH P SEITZ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| KENNETH P SEITZ ESQ | 3,581.00 | 1,571.55 | 0.00 | 0.00 |
| Acct: | | | | |
| KENNETH P SEITZ ESQ | 1,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| AARGON AGENCY INC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1885 | | | | |
| AARGON AGENCY INC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9594 | | | | |
| AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9501 | | | | |
| AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3701 | | | | |
| AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5013 | | | | |
| AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6237 | | | | |
| AT&T MOBILITY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9444 | | | | |
| CAPITAL MANAGEMENT SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0326 | | | | |
| CAPITAL MANAGEMENT SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9664 | | | | |
| COMPRESSION MANAGEMENT SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: D000 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR V | 113.99 | 0.00 | 0.00 | 0.00 |
| Acct: 0972 | | | | |
| CREDIT PROTECTION ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8148 | | | | |
| DALE BORO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8202 | | | | |
| DISH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1902 | | | | |
| DISH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7538 | | | | |
| ENHANCED RECOVERY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8420 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C/ | 431.74 | 0.00 | 0.00 | 0.00 |
| Acct: 3235 | | | | |
| FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0933 | | | | |
| FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5531 | | | | |
| FRANKLIN JOHNSTOWN FCU* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4001 | | | | |
| FULL SERVICE NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5131 | | | | |
| QUANTUM3 GROUP LLC AGNT - SADINO Fl | 922.31 | 0.00 | 0.00 | 0.00 |
| Acct: 8157 | | | | |
| GREATER JOHNSTOWN WATER AUTH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0520 | | | | |
| INTERGRAL RECOVERIES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5497 | | | | |
| JOHNSTOWN REGIONAL SEWAGE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| LHR COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8242 | | | | |

| 17-70367 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 3 of 4 |
|---|---|---|---|---|

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 828.79 | 0.00 | 0.00 | 0.00 |
|     Acct: 1462 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8347 | | | | |
|   MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1436 | | | | |
|   MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2588 | | | | |
|   MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4897 | | | | |
|   MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6221 | | | | |
|   MILLENNIUM FINANCIAL GROUP LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0587 | | | | |
|   MONTEREY FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6779 | | | | |
|   NORTHLAND GROUP INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0075 | | | | |
|   PENELEC/FIRST ENERGY** | 239.39 | 0.00 | 0.00 | 0.00 |
|     Acct: 3018 | | | | |
|   PENELEC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6730 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8875 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 808.97 | 0.00 | 0.00 | 0.00 |
|     Acct: 2331 | | | | |
|   PRO DISPOSAL INCORPORATE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4123 | | | | |
|   RECEIVABLES MANAGEMENT++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6498 | | | | |
|   RGM & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2540 | | | | |
|   SOCIAL SECURITY ADMINISTRATION(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0393 | | | | |
|   BOURASSA LAW GROUP LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1885 | | | | |
|   CBE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6960 | | | | |
|   THROUGH THE COUNTRY DOOR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 253O | | | | |
|   THROUGH THE COUNTRY DOOR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 553O | | | | |
|   VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JEREMY J KOBESKI ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PHELAN HALLINAN DIAMOND & JONES LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DIRECTV (*) - TRUSTEE PAYMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LEGACY VISA | 477.78 | 0.00 | 0.00 | 0.00 |
|     Acct: 5978 | | | | |
|   SALUTE/UTB | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TRIBUTE++ | 0.00 | 0.00 | 0.00 | 0.00 |

| 17-70367 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 4 of 4 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| Acct: | | | | | |
| | URBAN TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |

\* \* \* N O N E \* \* \*

| TOTAL PAID TO CREDITORS | | 5,469.63 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 0.00 | |
| SECURED | 3,569.41 | |
| UNSECURED | 3.822.97 | |

Date: 10/10/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com