UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN DIVISION

| | |
|---|---|
| In re:<br><br>EDWARD D MAZEY<br><br>Debtor(s) | Case No. 17-70367JAD |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/11/2017.

2) The plan was confirmed on 07/25/2017.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 07/25/2017, 08/27/2018.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/14/2019.

5) The case was dismissed on 09/10/2019.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 30.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $11,418.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $7,365.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $7,365.00

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,571.55 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $323.82 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $1,895.37

Attorney fees paid and disclosed by debtor: $352.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AARGON AGENCY INC* | Unsecured | 404.00 | NA | NA | 0.00 | 0.00 |
| AARGON AGENCY INC* | Unsecured | 318.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 405.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 798.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 1,018.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 798.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AGENT | Unsecured | 214.00 | 113.99 | 113.99 | 0.00 | 0.00 |
| AT&T MOBILITY | Unsecured | 682.00 | NA | NA | 0.00 | 0.00 |
| BOURASSA LAW GROUP LLC | Unsecured | 463.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL MANAGEMENT SVCS++ | Unsecured | 679.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL MANAGEMENT SVCS++ | Unsecured | 859.00 | NA | NA | 0.00 | 0.00 |
| CBE GROUP | Unsecured | 1,821.00 | NA | NA | 0.00 | 0.00 |
| COMPRESSION MANAGEMENT SVCS | Unsecured | 32.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| DALE BORO | Unsecured | 2,524.00 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK | Unsecured | 329.00 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK | Unsecured | 405.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY COMPANY | Unsecured | 1,711.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 478.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 449.00 | NA | NA | 0.00 | 0.00 |
| FRANKLIN JOHNSTOWN FCU* | Unsecured | 3,363.00 | NA | NA | 0.00 | 0.00 |
| FRANKLIN JOHNSTOWN FCU* | Secured | 1,043.00 | NA | 1,043.00 | 435.29 | 85.55 |
| FULL SERVICE NETWORK | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| GREATER JOHNSTOWN WATER AUT | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| INTERGRAL RECOVERIES INC | Unsecured | 850.00 | NA | NA | 0.00 | 0.00 |
| JOHNSTOWN REGIONAL SEWAGE++ | Unsecured | 585.00 | NA | NA | 0.00 | 0.00 |
| LEGACY VISA | Unsecured | 0.00 | 477.78 | 477.78 | 0.00 | 0.00 |
| LHR COLLECTIONS | Unsecured | 614.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | 894.00 | 828.79 | 828.79 | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | 680.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 2,844.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MIDLAND FUNDING | Unsecured | 961.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 950.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 896.00 | NA | NA | 0.00 | 0.00 |
| MILLENNIUM FINANCIAL GROUP LL | Unsecured | 623.00 | NA | NA | 0.00 | 0.00 |
| MONTEREY FINANCIAL SERVICES | Unsecured | 605.00 | NA | NA | 0.00 | 0.00 |
| NORTHLAND GROUP INC. | Unsecured | 886.00 | NA | NA | 0.00 | 0.00 |
| PENELEC | Unsecured | 112.00 | NA | NA | 0.00 | 0.00 |
| PENELEC/FIRST ENERGY** | Unsecured | 227.00 | 239.39 | 239.39 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC* | Unsecured | 490.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC* | Unsecured | 184.00 | 808.97 | 808.97 | 0.00 | 0.00 |
| PREMIER BANKCARD LLC; JEFFERSO | Unsecured | 144.00 | 431.74 | 431.74 | 0.00 | 0.00 |
| PRO DISPOSAL INCORPORATE | Unsecured | 93.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - SAD | Unsecured | 774.00 | 922.31 | 922.31 | 0.00 | 0.00 |
| RECEIVABLES MANAGEMENT++ | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| RGM & ASSOCIATES | Unsecured | 767.00 | NA | NA | 0.00 | 0.00 |
| SOCIAL SECURITY ADMINISTRATION | Unsecured | 364.00 | NA | NA | 0.00 | 0.00 |
| SPECIALIZED LOAN SERVICING LLC | Secured | 46,602.00 | 53,762.48 | 0.00 | 0.00 | 0.00 |
| SPECIALIZED LOAN SERVICING LLC | Secured | 0.00 | 0.00 | 2,526.41 | 2,526.41 | 0.00 |
| SPECIALIZED LOAN SERVICING LLC | Secured | NA | 55,638.84 | 0.00 | 2,422.38 | 0.00 |
| SPECIALIZED LOAN SERVICING LLC | Secured | 0.00 | 8,311.24 | 0.00 | 0.00 | 0.00 |
| THROUGH THE COUNTRY DOOR | Unsecured | 356.00 | NA | NA | 0.00 | 0.00 |
| THROUGH THE COUNTRY DOOR | Unsecured | 126.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 1,543.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $2,526.41 | $4,948.79 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $1,043.00 | $435.29 | $85.55 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$3,569.41** | **$5,384.08** | **$85.55** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$3,822.97** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $1,895.37 |
| Disbursements to Creditors | $5,469.63 |
| **TOTAL DISBURSEMENTS** : | **$7,365.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/08/2019         By: /s/ Ronda J. Winnecour
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**